

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YVONNE CARRASCO, | § | No. 08-23-00341-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| GARY MORSE, | § | of Winkler County, Texas |
| Appellee. | § | (TC# DC22-18211) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore vacate the judgment of the district court below and dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.